LILLIE M. BREWSTER, respondent,

*v.*

ALBERTINE A. ENTZ et al., appellants.

[Submitted March 27th, 1916.  Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Griffin, whose opinion is reported in *85 N. J.
Eq. 469.*

*Mr. George Whitefield Betts, Jr.* (*Mr. George C. Sprague* on
the brief), for the respondent.

*Mr. Cornelius Doremus,* for the appellants.

PER CURIAM.

The decree is affirmed, for the reasons given by Vice-Chan-
cellor Griffin.  By a slip of the pen, he is made to say that he
will allow a decree *setting aside* the assignment.  As the point
of the opinion is that the assignment was a forgery, the language
of the decree itself is correct in adjudging that the assignment
is null and void.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE,
TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK,
WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARD-
NER—15.

*For reversal*—None.